NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QUASAR SCIENCE, LLC,**
*Appellant*

**v.**

**COLT INTERNATIONAL CLOTHING, INC.,**
*Appellee*

---

2025-1270, 2025-1271

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00613, IPR2023-00614.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2     QUASAR SCIENCE, LLC V. COLT INTERNATIONAL CLOTHING, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

January 5, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 5, 2026